No. 13-1876

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CLIFFORD CHARLES TYLER,

      Plaintiff-Appellant,

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

      Defendants-Appellees.

)
)
)
)
)
)
)
)
)
)
)

FILED
Apr 21, 2015
DEBORAH S. HUNT, Clerk

O R D E R

**BEFORE: COLE, Chief Judge; BOGGS, BATCHELDER, MOORE, CLAY, GIBBONS, ROGERS, SUTTON, COOK McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.**

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc.  Sixth Circuit Rule 35(b) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

              **ENTERED BY ORDER OF THE COURT**

              **Deborah S. Hunt, Clerk**